# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  CR-22-01266-003-TUC-RM (EJM) |
| | ) | |
| Anthony Saenz | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*  Anthony Saenz,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to Distribute Heroin and Methamphetamine (2)

City and state:  Tucson, Arizona

ISSUED ON 10:47 am, Jun 09, 2022
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

D. Curiel, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 06-10-2022, and the person was arrested on *(date)* 07-19-2022
at *(city and state)* Tucson, Arizona.

Date: 07-19-2022

*Arresting officer's signature*

DEA SA Eliab Chavez
*Printed name and title*

cc: AUSA, PTS, USMS